PROB 12C
(6/16)

Report Date: November 2, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-RMP-1

Address of Offender:                Spokane valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: July 28, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 27, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On October 19, 2018, Ms. Dahlen was in direct violation of mandatory condition number 2 by being charged with driving under the influence (DUI) by the Airway Heights Police Department, case number 2018-84007351.<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions.<br><br>On October 22, 2018, Ms Dahlen called the undersigned officer and explained that she had been pulled over and arrested for DUI. The undersigned officer obtained the Airway Heights police report, which reflects that on October 19, 2018, at 11:09 p.m., Ms. Dahlen was pulled over due to her car not having any functioning tail lights, brake lights, or turn signals. |

Prob12C
**Re: Dahlen, Amanda Marie**
**November 2, 2018**
**Page 2**

The report also reflects, the officer on scene directly asked Ms. Dahlen if she had consumed alcohol before driving. Ms. Dahlen denied any consumption of alcohol. At that time field sobriety tests were initiated, which Ms. Dahlen failed. She was arrested and taken to the Airway Heights Police Department.

While at the police department, Ms. Dahlen refused a Breathalyzer test, therefore a blood draw was conducted to obtain her blood alcohol level. She was cited for DUI and released that night. The results of the blood alcohol draw are still pending.

2   **Special Condition #3:** The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale.

**Supporting Evidence**: On October 19, 2018, Ms. Dahlen was in direct violation of special condition number 3 by consuming alcohol.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions.

On October 22, 2018, Ms. Dahlen called the undersigned officer to disclose her police contact and new DUI charge. She was directed to report to the United States Probation Office by October 23, 2018.

Ms. Dahlen reported as directed and disclosed that on October 19, 2018, she went to a bar and "got drunk." She understood this was in violation of her Court ordered conditions.

3   **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On October 24, 2018, Ms. Dahlen was in direct violation of mandatory condition number 2 by being charged with making a false statement by Spokane County Sheriff's Office.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions.

On October 24, 2018, the undersigned officer received information from a Spokane County detective which stated that Ms. Dahlen was arrested for making a false statement (2018-10071099).

The police report reflects, on October 24, 2018, Ms. Dahlen refused to answer any questions in regard to a current investigation. Ms Dahlen was arrested and released that same day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Dahlen, Amanda Marie**
**November 2, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/02/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/2/2018

Date