PROB 12C
(6/16)

Report Date: November 14, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-RMP-1

Address of Offender:          Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: July 28, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 27, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendants ability to pay.<br><br>**Supporting Evidence**: On November 6, 2018, Ms. Dahlen was in direct violation of mandatory condition number 3 by using methamphetamine.<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.<br><br>On November 7, 2018, the undersigned officer directed Ms. Dahlen to report to the United States Probation Office for a random urine sample. Ms. Dahlen reported as directed and after a long discussion, she reported using illegal drugs on November 6, 2018. She signed an admission form stating she used methamphetamine on November 6, 2018. |

Prob12C
Re: Dahlen, Amanda Marie
November 14, 2018
Page 2

| 5 | **Special Condition #3**: The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. |

**Supporting Evidence:** On November 6, 2018, Ms. Dahlen was in direct violation of special condition number 3 by consuming alcohol.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.

On November 7, 2018, the undersigned officer called Ms. Dahlen and directed her to report to the United States Probation Office. Ms. Dahlen reported as directed and disclosed she had consumed alcohol on November 6, 2018. She signed an admission form stating she consumed alcohol on November 6, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/14/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge
[ ]  Other

Signature of Judicial Officer
11/15/2018
Date