PROB 12C
(6/16)

Report Date: March 15, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amanda Marie Dahlen | Case Number: 0980 2:18CR00180-RMP-1 |
| Address of Offender: | Spokane valley, Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | July 28, 2017 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: | July 27, 2022 |

### PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

To **issue a summons** and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 11/02/2018 and 11/14/2018.

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2:** The defendant shall not commit another federal, stated or local crime. |
| | On March 11, 2019, Ms. Dahlen was in direct violation of mandatory condition number 2 by being arrested and charged for 4th degree assault and two counts of 3rd degree malicious mischief, by the Spokane County Sheriff's office, case number 2019-10032623. |
| | On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions. |
| | After reviewing the police report, it appears that Ms. Dahlen allegedly broke a cell phone and damaged a door inside her mother's trailer. It was also reported by a female individual inside the trailer that she was struck multiple times in the face by Ms. Dahlen. |
| | Ms. Dahlen was arrested on March 11, 2019. She was then released on March 12, 2019. Her next court date in Spokane County District Court is set for April 24, 2019. |

Prob12C
**Re: Dahlen, Amanda Marie**
**March 15, 2019**
Page 2

| | |
|---|---|
| 7 | **Special Condition #3:** The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. |

On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions.

Ms. Dahlen reported to the United States Probation Office on March 13, 2019. At that time, she disclosed she had relapsed by consuming alcohol on March 11, 2019. Ms. Dahlen signed a drug use admission form reflecting that she consumed alcohol on March 11, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/15/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

**3/15/2019**
Date