Report Date: April 3, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen     Case Number: 0980 2:18CR00180-RMP-1

Address of Offender:     Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: July 28, 2017 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: July 27, 2022 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018, 11/14/2018 and 3/15/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendants ability to pay.<br><br>**Supporting Evidence**: On April 1, 2019, Amanda Dahlen was in direct violation of mandatory condition number 3 by using methamphetamine.<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.<br><br>On March 25, 2019, Ms. Dahlen called the urine testing hotline at Pioneer Human Services (PHS). Ms. Dahlen's color "BROWN1" was called and she was directed to report to PHS to supply a urine sample. She reported as directed and supplied a urine sample that tested |

presumptive positive for methamphetamine. She called the undersigned officer and reported that the urine test was incorrect because she had not used methamphetamine.

On March 31, 2019, lab results confirmed that the urine sample Ms. Dahlen had supplied tested positive for methamphetamine. On April 1, 2019, Ms. Dahlen was directed to report to the U.S. Probation Office. She reported as directed and disclosed she had used methamphetamine on March 24, 2019. She signed a drug use admission form reflecting this.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/03/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge
[ ] Other

Signature of Judicial Officer

4/3/2019
Date