PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2019

SEAN F. McAVOY, CLERK

Report Date: April 26, 2019

| | |
|---|---|
| Name of Offender: Amanda Marie Dahlen | Case Number: 0980 2:18CR00180-RMP-1 |
| Address of Offender: | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | July 28, 2017 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: | July 27, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018, 11/14/2018, 3/15/2019, and 4/03/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendants ability to pay.<br><br>**Supporting Evidence**: On April 23, 2019, Amanda Dahlen was in direct violation of mandatory condition number 3 by using methamphetamine.<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.<br><br>Due to Ms. Dahlen supplying a dilute urine sample on April 22, 2019, the undersigned officer directed her to report to the U.S. Probation Office on April 25, 2019. She reported as directed and supplied a urine sample that tested presumptive positive for |

methamphetamine. She was questioned about the presumptive positive urine sample, and she reported she had used methamphetamine at a friend's house on April 23, 2019. She signed a drug use admission form reflecting this.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/26/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/26/2019
Date