Report Date: May 30, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amanda Marie Dahlen | Case Number: 0980 2:18CR00180-RMP-1 |
| Address of Offender: | Airway Heights, Washington 99224 |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 2, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | July 28, 2017 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | July 27, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018, 11/14/2018, 03/15/2019, 04/03/2019 and 04/26/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 17, 2019, Ms. Dahlen was in direct violation of mandatory condition number 2 by being cited for third degree driving while license suspended (DWLS).<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.<br><br>On May 18, 2019, Ms. Dahlen called and emailed the undersigned officer informing of the police interaction. She was driving her friend's vehicle and was pulled over because the windows were darkly tinted. She was driving with a suspended license and without insurance, and charged with DWLS under case number 9Z0551309. Her next court date is in Spokane Municipal Court May 29, 2019. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/30/2019

Date