Report Date: January 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-RMP-1

Address of Offender:                           , Airway Heights, Washington 99224

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 2, 2014

Original Offense:   Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:  Prison - 60 months            Type of Supervision: Supervised Release
                    TSR - 60 months

Asst. U.S. Attorney:  James Goeke                 Date Supervision Commenced: July 28, 2017

Defense Attorney:     J. Houston Goddard          Date Supervision Expires: July 27, 2022

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018, 11/14/2018, 03/15/2019, 04/03/2019, 04/26/2019 and 05/30/19.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition #1:** The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On January 22, 2020, Ms. Dahlen was in direct violation of standard condition number 1 by leaving the judicial district without permission by either the Court or her probation officer.<br><br>On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.<br><br>On January 22, 2020, the undersigned officer received a phone call from Kootenai County, dispatch, in Idaho, stating Ms. Dahlen was a passenger in a vehicle that had been pulled over. The undersigned officer made numerous attempts to contact Ms. Dahlen that night.<br><br>On January 23, 2020, Ms. Dahlen was directed to report to the U.S. Probation Office. She reported as directed and disclosed she had been out of the district without permission. |

| | |
|---|---|
| 12 | **Special Condition #3:** The defendant shall abstain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. |

**Supporting Evidence**: On January 23, 2020, Ms. Dahlen was in direct violation of special condition 3 by disclosing she had consumed alcohol on January 21, 2020.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.

On January 23, 2020, the undersigned officer directed Ms. Dahlen to report to the U.S. Probation Office. The undersigned officer informed Ms. Dahlen she would need to supply a urine sample. She was strongly encouraged to be honest regarding any illegal drug or alcohol use. She admitted to consuming alcohol on January 21, 2020, and signed a drug use admission form.

| | |
|---|---|
| 13 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendants ability to pay. |

**Supporting Evidence**: On January 23, 2020, Ms. Dahlen was in direct violation of mandatory condition 3 by disclosing she used methamphetamine on January 21, 2020.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement and her conditions of supervision were explained to her. Ms. Dahlen signed her judgment, reflecting she fully understood the conditions.

On January 23, 2020, the undersigned officer directed Ms. Dahlen to report to the U.S. Probation Office. The undersigned officer informed Ms. Dahlen she would need to supply a urine sample. She was strongly encouraged to be honest regarding any illegal drug or alcohol use. She admitted to consuming methamphetamine on January 21, 2020, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/28/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/28/2020
Date