PROB 12C
(6/16)

Report Date: February 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-RMP-1

Address of Offender:                          Airway Heights, Washington 99224

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 2, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 60 months  TSR - 60 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke     Date Supervision Commenced: July 28, 2017 |
| Defense Attorney: | J. Houston Goddard     Date Supervision Expires: July 27, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/02/2018, 11/14/2018, 03/15/2019, 04/03/2019, 04/26/2019, 05/30/19 and 1/28/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition # 6**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On February 10, 2020, Ms. Dahlen was in direct violation of special condition number 6 by failing to report and reside at the RRC as directed.

On July 28, 2017, Ms. Dahlen was given a copy of her judgement, and her conditions of supervision were explained to her. Ms. Dahlen signed her judgement, reflecting she fully understood the conditions.

Originally, Ms. Dahlen had a scheduled RRC report date of February 4, 2020. On January 31, 2020, she called the undersigned officer in a panic because her employment would not allow her time off to report on February 4, 2020. The undersigned officer contacted the RRC director and the Bureau of Prisons (BOP) to attempt to reschedule her bed date to a date that

Prob12C
**Re: Dahlen, Amanda Marie**
**February 11, 2020**
**Page 2**

would work around her employment. A new bed date was scheduled for February 10, 2020, and Ms. Dahlen was made aware that she needed to report as scheduled on February 10, 2020. The new report date allowed Ms. Dahlen to notify her work and obtain the scheduled time off.

On February 10, 2020, at 7:52 a.m., the undersigned officer called and left a message on Ms. Dahlen's phone, reminding her to report to the RRC. Ms. Dahlen never returned this officer's call. At 9:27 p.m., the undersigned called the RRC to inquire if Ms. Dahlen had reported. Staff indicated Ms. Dahlen had yet to check in. Numerous calls and text messages were made to Ms. Dahlen directing her to report immediately.

On February 11, 2020, the undersigned officer was notified by the RRC director that Ms. Dahlen had failed to report for her bed date as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/11/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/11/2020
Date