PROB 12C
(6/16)

Report Date: June 8, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-WFN-1

Address of Offender:                Spokane, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 5/1/2020 | Prison - 9 months TSR - 36 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 11, 2020 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: December 10, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6** : You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You must abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: It is alleged that Amanda Dahlen violated the terms of her supervised release by failing to enter a residential reentry center (RRC), on or about June 7, 2021. |
| | On December 11, 2020, supervision commenced in this matter. On December 15, 2020, a supervision intake was completed by a United States probation officer. Her judgement was reviewed with her and she indicated an understanding of the conditions imposed by the Court, to include special condition number 6, noted above. |

Prob12C
Re: Dahlen, Amanda Marie
June 8, 2021
Page 2

On February 2021, she opted into and was accepted into the Sobriety Treatment and Education Program (STEP). On March 18, 2021, she attended her first STEP session.

On June 3, 2021, a STEP session was held. Due to concerns related to the use of illicit substances, Ms. Dahlen was directed to report to the RRC on June 7, 2021, no later than 5 p.m., for placement up to 180 days.

On June 7, 2021, Ms. Dahlen failed to appear at the RRC as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/08/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/8/2021
Date