PROB 12C
(6/16)

Report Date: August 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen          Case Number: 0980 2:18CR00180-RMP-1

Address of Offender: ███████████████  Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: September 4, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 60 months; TSR - 60 months |
| Revocation Sentence (5/1/2020) | Prison - 9 months TSR - 36 months |
| Asst. U.S. Attorney: | Richard Barker |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 11, 2020

Date Supervision Expires: December 10, 2023

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/8/2021.

On December 15, 2020, a supervision intake was completed by a United States probation officer. The judgment in this matter was reviewed with the defendant and she signed a copy of her judgment acknowledging an understanding of the condition imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer. |
| | **Supporting Evidence**: It is alleged that Amanda Dahlen violated the terms of her supervised release by leaving the Eastern District of Washington without prior approval, on or about July 24 and August 1, 2022. |
| | On July 24, 2022, Idaho Probation and Parole and the Benewah County Sheriff's Office conducted a probation check at a residence in Plummer, Idaho. Amanda Dahlen was located |

Prob12C
Re: Dahlen, Amanda Marie
August 3, 2022
Page 2

at the residence in question, however, she provided a false name. She then left the area prior to the officers positively identifying her.

On August 1, 2022, officers returned to the residence in Plummer, Idaho, in an effort to locate Ms. Dahlen. Another female was contacted at the residence, who was not cooperative with the officers. The officers eventually made entry into the residence and Ms. Dahlen was located hiding under a mattress.

Ms. Dahlen did not have permission to be in the District of Idaho.

Ms. Dahlen was arrested and booked into the Benewah County Jail on her outstanding U.S. Marshals warrant.

3    **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged that Amanda Dahlen violated the terms of her supervised release by associating with individuals engaged in criminal activity, on or about July 24 and August 1, 2022.

On July 24, 2022, Idaho Probation and Parole and the Benewah County Sheriff's Office conducted a probation check at a residence in Plummer, Idaho. Amanda Dahlen was located at the residence in question, however, she had provided a false name. She then left the area prior to the officers positively identifying her.

Within the residence where Ms. Dahlen was located, an indivdual with a felony warrant who is under supervision with Idaho Probation and Parole was located. The individual was arrested on his warrant as well as new charges stemming from this contact. Officers located drug paraphernalia, marijuana, cocaine, and methamphetamine. The officers also located another individual at the residence, known to be Ms. Dahlen's long time boyfriend. Her boyfriend is facing charges surrounding possession of methamphetamine, possession of drug paraphernalia, and possession of marijuana.

On August 1, 2022, officers returned to the residence in Plummer, Idaho, in an effort to locate Ms. Dahlen. Another female was contacted at the residence, who was not cooperative with the officers. The officers eventually made entry into the residence and Ms. Dahlen was located hiding under a mattress. Ms. Dahlen's boyfriend was again located on the property and lied about Ms. Dahlen's whereabouts. He was therefore arrested for providing false information and harboring a known fugitive.

Ms. Dahlen was arrested and booked into the Benewah County Jail on her outstanding U.S. Marshals warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Dahlen, Amanda Marie**
**August 3, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08//03/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

8/3/2022
Date