PROB 12C
(6/16)

Report Date: May 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Marie Dahlen                Case Number: 0980 2:18CR00180-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 4, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (5/1/2020) | Prison - 9 months TSR - 36 months | |
| Revocation Sentence: (8/30/2022) | Prison - 9 months TSR - 36 months | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: April 28, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 27, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On May 2, 2023, a supervision intake was completed with Amanda Dahlen.  Her judgment was reviewed with her.  Ms. Dahlen signed a copy of her judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Amanda Dahlen violated the terms of her supervised release by committing a new law violation, specifically Second Degree Robbery, in violation of RCW 9A.56.210, on or about May 25, 2023. |

Prob12C
**Re: Dahlen, Amanda Marie**
**May 30, 2023**
**Page 2**

Spokane Police Department report, case number 2023-20100812, indicates that on May 25, 2023, a Spokane police officer responded to a robbery call. The victim indicated that she was assaulted by Amanda Dahlen who had also taken her car keys. The officer observed fresh injuries to the victim's face, neck and chest, consistent with being assaulted.

The victim advised that she was sitting in her vehicle in the parking lot of her apartment complex with her car door open. The victim noticed a white GMC Yukon pull into the parking lot. She observed Ms. Dahlen get out of the vehicle, walk up to her open vehicle door and say something similar to "stop fucking with Frankie, he is my man". Ms. Dahlen then began assaulting the victim, punching her with a closed fist approximately 10-15 times. Ms. Dahlen was then reported to have reached into the victim's vehicle and grabbed the victims car keys from the ignition and then continued to assault the victim.

The victim advised the driver of the white GMC Yukon, a Native American male, was there with his girlfriend. They were driving the white GMC Yukon while the owner of the vehicle was in rehab. The owner was reported to be Frankie, Ms. Dahlen's boyfriend.

The victim was able to provide the officer surveillance video. The officer reviewed the surveillance and noted that Ms. Dahlen walked up to the victim's vehicle, began yelling at the victim, raised her fist and entered the vehicle swinging and punching at the victim. Ms. Dahlen entered the vehicle further and grabbed the keys to the vehicle out of the ignition. The vehicle continued to shake, consistent with the victim being attacked. Ms. Dahlen then exited the vehicle with the keys, slammed the door, and left in the white GMC Yukon.

The officer established probable cause to arrest Ms. Dahlen for second degree robbery.

It should be noted that Ms. Dahlen has a long-time boyfriend by the name of Frankie, who Ms. Dahlen recently advised was in inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/30/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Dahlen, Amanda Marie
May 30, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/31/2023

Date