FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA MARIE DAHLEN,<br><br>Defendant. | No. 2:18-CR-00180-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 135, 136** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 135) and related Motion to Expedite (ECF No. 136). Defendant was represented on these Motions by Assistant Federal Defender Lorinda Youngcourt.

Defendant requests that the Court modify Additional Special Condition Nos. 1–3 to remove the requirement of GPS monitoring. ECF No. 135. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

The Court, having reviewed the Motion and finding good cause therefor, **HEREBY ORDERS:**

    1.    Defendant's Motion to Expedite (**ECF No. 136**) is **GRANTED**.

    2.    Defendant's Motion to Modify Conditions of Release (**ECF No. 135**) is **GRANTED**.

ORDER - 1

3. **Additional Special Condition Nos. 1–3 (ECF No. 120) are STRICKEN** in their entirety.

4. All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 12, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2